```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 14676
   GEORGE C BOUTSIKAKIS
   LISA D BOUTSIKAKIS                         CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4455     SSN XXX-XX-9093

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/09/06 and confirmed on 01/19/07.

   2.  The case was converted to Chapter 7 after confirmation, 10/20/2008.

   3.  The Debtor paid a total of $  22300.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 8397.00 | .00 | 8397.00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED | 28602.70 | 2219.48 | 9159.47 |
| BECKET & LEE LLP | UNSECURED | 5553.87 | .00 | 73.26 |
| ECAST SETTLEMENT CORP | UNSECURED | 734.70 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1171.12 | .00 | 15.45 |
| SMC | UNSECURED | 2410.53 | .00 | 31.80 |
| CARY BORTNIK MD | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 35296.68 | .00 | 465.63 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5204.83 | .00 | 68.66 |
| CITIFINANCIAL | UNSECURED | 10526.42 | .00 | 138.86 |
| DISCOVER BANK | UNSECURED | 2694.06 | .00 | 35.54 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| EXPO CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1161.58 | .00 | 15.33 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HOMEM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 353.58 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 339.89 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FEDERATED MACYS | UNSECURED | 430.30 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1021.24 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 223.12 | .00 | .00 |
| UNITED MILEAGE PLUS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4724.33 | .00 | 62.32 |
| VON MAUR | UNSECURED | 1326.94 | .00 | 17.50 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 991.67 | .00 | .00 |

```
WOODGROVE MEDICAL CLINIC  UNSECURED        NOT FILED              .00           .00
DISCOVER BANK             UNSECURED         9651.82               .00        127.33
ROUNDUP FUNDING LLC       UNSECURED         5236.40               .00         69.08
ROUNDUP FUNDING LLC       UNSECURED          789.09               .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED        15116.98               .00        199.42
WELLS FARGO FINANCIAL IN  UNSECURED         2087.43               .00         27.53
BECKET & LEE LLP          UNSECURED        11750.35               .00        155.01
          Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  36999.70          .00    118796.93           .00     155796.63
PRINCIPAL PAID      17556.47          .00      1502.72           .00      19059.19
INTEREST PAID        2219.48          .00          .00           .00       2219.48
TOTAL PAID          19775.95          .00      1502.72           .00      21278.67
```

The Debtor's attorney, COHEN & KROL                       , was allowed $       .00
and was paid $       .00 .

The Trustee received $   1021.33 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



PAGE   2
CASE NO. 06 B 14676 GEORGE C BOUTSIKAKIS & LISA D BOUTSIKAKIS